**Fill in this information to identify your case:**

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF TEXAS

Debtor 1   Shannon Renee Day
        First Name      Middle Name      Last Name

Debtor 2
(filing spouse)   First Name      Middle Name      Last Name

Case Number:   21-90190

☐ Check if this modification is filed prior to filing of TRCC.

☐ Check if this modification is filed after TRCC filing but still within Benchmark Fee Period

☑ Check if this modification is filed after Benchmark Fee Period.

List the sections which have been changed by this modification:

§2.2, 2.6, 4.6 DELETE IRS PRIORITY CLAIM; PAY ATTORNEYS FEES FOR MODIFICATION

**TXEB Local Form 3015-d**

# MOTION TO MODIFY CONFIRMED CHAPTER 13 PLAN

**Adopted: Dec 2017**

**TO THE HONORABLE JUDGE OF THIS COURT:**

1. This Motion to Modify Previously-Confirmed Chapter 13 Plan (the "Modification Motion") is filed by the:

   ☑ **Debtor;**[1]     ☐ **Chapter 13 Trustee;**

   ☐ **Unsecured Claimant:** _____

   for the purpose of modifying certain specified provisions of that Chapter 13 Plan **[dkt #3]** which had previously been confirmed for the Debtor on **12/10/2021 [dkt #15]**. Except as modified herein, all provisions of the confirmed Chapter 13 Plan remain in full force and effect.

   If this Motion is filed by the Debtor, each Debtor:

   ☐ certifies that an amended Schedule I and Schedule J have been filed contemporaneously with this motion;

   ☑ declares, under penalty of perjury, that the information contained in Schedule I and Schedule J, as previously filed with the Court, remains true and correct.

**28-DAY NEGATIVE NOTICE − LBR 3015(h):**

**Your rights may be affected by the plan modifications sought in this pleading. You should read this pleading carefully and discuss it with your attorney, if you have one in this bankruptcy case. If you oppose the relief sought by this pleading, you <u>must</u> file a written objection, explaining the factual and/or legal basis for opposing the relief.**

Debtor  Shannon Renee Day                                    Case number  21-90190

**No hearing will be conducted on this Motion unless a written objection is filed with the Clerk of the United States Bankruptcy Court and served upon the party filing this pleading _WITHIN TWENTY-EIGHT (28) DAYS FROM DATE OF SERVICE_ shown in the certificate of service unless the Court shortens or extends the time for filing such objection. If no objection is timely served and filed, this pleading shall be deemed to be unopposed, and the Court may enter an order confirming this plan modification. If an objection is filed and served in a timely manner, the court will thereafter set a hearing with appropriate notice. If you fail to appear at the hearing, your objection may be stricken. The Court reserves the right to set a hearing on any matter.**

---
1 The use of the singular term "Debtor" in this Modification Motion includes both debtors when the case has been initiated by the filing of a joint petition by spouses.

2. This Modification Motion is required *[select all applicable]*:

   ☐ to reconcile the Plan with allowed claims pursuant to the TRCC;

   ☐ to increase the amount of payments required under the Plan;

   ☒ to reduce the amount of payments required under the Plan; - by $40

   ☐ to provide for an allowed claim omitted from treatment under the Plan;

   ☐ to extend the time for making payments required under the Plan;

   ☐ to reduce the time for making payments required under the Plan;

   ☐ to surrender collateral pursuant to § 3.6;

   ☐ to cease further plan disbursements to a particular claimant;

   ☒ to cure a delinquency in the plan payments caused by  **; money was stolen from Debtor's bank account**

   ☐ to increase the amount of retained income tax refunds authorized under § 2.4;

   **Reason:** ;

   ☒ to seek approval of an additional award of attorney's fees to the Debtor's attorney;

   ☒ Other:  to delete IRS priority claim

   ☐ to add a nonstandard provision to Part 8 of the Plan *[check box below]*;

3. **Notice to Creditors**: Regarding insertion of new Nonstandard Provision into Debtor's Plan:

| **Nonstandard provisions as set forth in Part 8.** | ☐ **Included** | ☒ **Not Included** |
|---|---|---|

4. The specific modifications to the Debtor's Plan are as follows**:**

   ☐ **§ 2.2** of the Plan regarding regular plan payments [2] is **MODIFIED** in the following respects:

   Beginning on the 30th day after the Petition Date [3] unless the Court orders otherwise, the Debtor will make regular payments to the Trustee in variable amounts throughout the applicable commitment period and for such additional time as may be necessary to make the payments to claimants specified in Parts 3 through 5 of this Plan (the "Plan Term"). The payment schedule shall consist of:

   ☐ **Constant Payments**: The Debtor will pay $_____ per month for _____ months.

☑ **Variable Payments**  The Debtor will pay make variable plan payments throughout the Plan Term. The proposed schedule for such variable payments are set forth in **Exhibit A** to this Order and are incorporated herein for all purposes.

If plan payment amounts are increasing, the Debtor certifies that, with regard to **§ 2.3** of the Plan,

☐ a Motion for an Amended Wage Withholding Order for the increased payment amount has been filed;

☐ an increase of the amount to be transferred to the Trustee by electronic means has been authorized.

---

[2] Any reference to § 2.2 of the Plan herein includes any payments designated and confirmed under ¶ 2 of the 2006 version of TXEB Local Form 3015-a.

[3] The use of the term "Petition Date" in this Plan refers to the date that the Debtor filed the voluntary petition in this case.

☐ **None.** No additional Tax/Other Priority Claims designated for treatment under **§ 4.6** of the Plan. [10]

☑ **No Remaining Claims.**  All claims previously listed as a Tax/Other Priority Claim in **§ 4.6** of the Plan have been reclassified·

☐ **Revised/Additional Tax/Priority Claims. § 4.6** of the Plan regarding the treatment of Tax/Other Priority Claims is **MODIFIED** in the following respects:

| Priority Claimant | Projected Claim Amount | Projected Monthly Payment by Trustee |
|---|---|---|
| IRS | NO PRIORITY CLAIM FILED | 0-0 |
| ☑ Revised Claim<br>☐ Additional Claim | | |

5. **Request for Additional Attorney's Fees (Expiration of Benchmark Fee Period Only):**

LBR In light of the fact that the Benchmark Fee Period under 2016(h) expired prior to the filing of this motion, the Debtor's attorney WALTER DAVID STEPHENS requests an additional award of $ 600 to be paid pursuant to § 4.3 of the confirmed Plan for legal services rendered and for reimbursement of expenses incurred with regard to the preparation and filing of this Modification Motion and other documents pertaining thereto. This award would be in addition to any other fees previously awarded or paid in this case and shall be paid in a manner consistent with § 9.2 of the confirmed Plan.

    WHEREFORE, the Movant, as identified in ¶ 1 herein, respectfully prays that the foregoing Modification Motion be granted, that the Debtor's Plan be modified in the manner set forth herein, that, if applicable, any request for additional attorney's fees as set forth in ¶5 be granted, and that such other and further relief be granted in this regard as may be appropriate under the circumstances.

Respectfully submitted,

W. David Stephens

Debtor  Shannon Renee Day                                    Case number  21-90190

/s/ W. David Stephens
_____

W. David Stephens
19162100
P. O. Box 444
103 E Denman
Lufkin, Texas 75901

Phone: (936) 639-5898
Fax: (936) 634-7100

ATTORNEY FOR DEBTOR

## CERTIFICATE OF SERIVCE

This is to certify that on this   7/20/   2022 , a true and correct copy of the foregoing MOTION TO MODIFY CONFIRMED CHAPTER 13 PLAN with any attachments has been served upon each party in interest listed on the attached MASTER MAILING MATRIX by placing each copy in an envelope properly addressed, postage fully prepaid, or via electronic means, if available, in compliance with local rule 9013(g).

Lloyd Kraus
Chapter 13 Trustee
110 North College Ave, no. 1200
Tyler, Texas 75702

see mailing matrix attached.

        LAW OFFICES OF W. DAVID STEPHENS
        P.O. Box 444
        Lufkin, Texas 75902-0444
        (936) 639-5898

        By: /s/ W. David Stephens
            W. David Stephens
            Texas Bar no. 19162100

Debtor   Shannon Renee Day                                    Case number   21-90190

# EXHIBIT A VARIABLE PLAN PAYMENTS

This is a **60** Month Plan
Beginning on **11/7/2021** and Ending on **10/7/2026**

| # | Month / Date | Payment | # | Month / Date | Payment | # | Month / Date | Payment |
|---|---|---|---|---|---|---|---|---|
| 1 | 11/7/2021 | $330.00 | 21 | 7/7/2023 | $435.00 | 41 | 3/7/2025 | $435.00 |
| 2 | 12/7/2021 | $330.00 | 22 | 8/7/2023 | $435.00 | 42 | 4/7/2025 | $435.00 |
| 3 | 1/7/2022 | $330.00 | 23 | 9/7/2023 | $435.00 | 43 | 5/7/2025 | $435.00 |
| 4 | 2/7/2022 | $330.00 | 24 | 10/7/2023 | $435.00 | 44 | 6/7/2025 | $435.00 |
| 5 | 3/7/2022 | $330.00 | 25 | 11/7/2023 | $435.00 | 45 | 7/7/2025 | $435.00 |
| 6 | 4/7/2022 | $330.00 | 26 | 12/7/2023 | $435.00 | 46 | 8/7/2025 | $435.00 |
| 7 | 5/7/2022 | $330.00 | 27 | 1/7/2024 | $435.00 | 47 | 9/7/2025 | $435.00 |
| 8 | 6/7/2022 | $330.00 | 28 | 2/7/2024 | $435.00 | 48 | 10/7/2025 | $435.00 |
| 9 | 7/7/2022 | $330.00 | 29 | 3/7/2024 | $435.00 | 49 | 11/7/2025 | $435.00 |
| 10 | 8/7/2022 | $435.00 | 30 | 4/7/2024 | $435.00 | 50 | 12/7/2025 | $435.00 |
| 11 | 9/7/2022 | $435.00 | 31 | 5/7/2024 | $435.00 | 51 | 1/7/2026 | $435.00 |
| 12 | 10/7/2022 | $435.00 | 32 | 6/7/2024 | $435.00 | 52 | 2/7/2026 | $435.00 |
| 13 | 11/7/2022 | $435.00 | 33 | 7/7/2024 | $435.00 | 53 | 3/7/2026 | $435.00 |
| 14 | 12/7/2022 | $435.00 | 34 | 8/7/2024 | $435.00 | 54 | 4/7/2026 | $435.00 |
| 15 | 1/7/2023 | $435.00 | 35 | 9/7/2024 | $435.00 | 55 | 5/7/2026 | $435.00 |
| 16 | 2/7/2023 | $435.00 | 36 | 10/7/2024 | $435.00 | 56 | 6/7/2026 | $435.00 |
| 17 | 3/7/2023 | $435.00 | 37 | 11/7/2024 | $435.00 | 57 | 7/7/2026 | $435.00 |
| 18 | 4/7/2023 | $435.00 | 38 | 12/7/2024 | $435.00 | 58 | 8/7/2026 | $435.00 |
| 19 | 5/7/2023 | $435.00 | 39 | 1/7/2025 | $435.00 | 59 | 9/7/2026 | $435.00 |
| 20 | 6/7/2023 | $435.00 | 40 | 2/7/2025 | $435.00 | 60 | 10/7/2026 | $435.00 |

**Total**     **$25,155.00**