| | | |
|---|---|---|
| Label Matrix for local noticing<br>0540-9<br>Case 21-90190<br>Eastern District of Texas<br>Lufkin<br>Wed Jul 20 16:33:17 CDT 2022 | Attorney General TX<br>AG no. 2746410235 THECB<br>PO Box 12048<br>Austin, TX 78711-2048 | Attorney General of Texas<br>Box 12548, Capitol Station<br>Austin, TX 78711-2548 |
| (p)PNC BANK RETAIL LENDING<br>P O BOX 94982<br>CLEVELAND OH 44101-4982 | Capital One Auto Finance<br>Attn: Bankruptcy<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One Auto Finance, a division of Capi<br>P.O. Box 4360<br>Houston, TX 77210-4360 |
| Capital One Auto Finance, a division of Capi<br>c/o AIS Portfolio Services, LP<br>4515 N. Santa Fe Ave. Dept. APS<br>Oklahoma City OK 73118-7901 | Capital One Auto Finance, a division of Capi<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Capital One Walmart<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 |
| CenterPoint Energy<br>Attn: Bankruptcy<br>PO Box 4981<br>Houston, TX 77210-4981 | Christopher R. DeLoney<br>The DeLoney Law Group, PLLC<br>6440 N. Central Expressway, Ste. 850<br>Dallas, TX 75206-4172 | Country Door<br>c/o Creditors Bankruptcy Service<br>P.O. Box 800849<br>Dallas, TX 75380-0849 |
| Country Door/Swiss Colony<br>Attn:Bankruptcy<br>1112 Seventh Ave<br>Monroe, WI 53566-1364 | Credit One Bank<br>Attn: Bankruptcy Department<br>PO Box 98873<br>Las Vegas, NV 89193-8873 | Credit Systems International, Inc<br>Attn: Bankruptcy<br>PO Box 1088<br>Arlington, TX 76004-1088 |
| Shannon Renee Day<br>613 Old Diboll Hwy<br>Lufkin, TX 75904-0858 | Deloney Law Group<br>Longview Medical Center et al<br>6440 N Central Expway, Ste 850<br>Dallas, TX 75206-4172 | Financial Recovery Services<br>PO Box 385908<br>Minneapolis, MN 55438-5908 |
| Genesis Credit/Celtic Bank<br>Attn: Bankruptcy<br>PO Box 4477<br>Beaverton, OR 97076-4401 | Hand & Wrist Center of Houston<br>1200 Binz St, Ste 1390 FL 13<br>Houston, TX 77004-6935 | IRS<br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| IRS<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>Tyler Division Case Only<br>3372 S/SW Loop 323<br>Tyler, TX 75701-9222 | Justice Case Pct 1, Gregg Co TX<br>case no S1-110-19<br>101 E Methvin, Ste 512<br>Longview, TX 75601-7264 |
| Justice Court Pct 4 Angelina Co<br>Case no CV 1346-4<br>211 North Temple Dr<br>Diboll, TX 75941-1701 | Lloyd Kraus<br>Plaza Tower<br>110 N. College Ave., 12th Floor<br>Tyler, TX 75702-7226 | LVNV Funding<br>Resurgent Capital<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Lloyd Kraus<br>Chapter 13 Trustee<br>110 N College Ste 1200<br>Tyler, TX 75702-7242 | Longview Medical Center, LP<br>The DeLoney Law Group, PLLC<br>6440 N. Central Expressway, Ste. 850<br>Dallas, TX 75206-4172 |

| | | |
|---|---|---|
| Longview Reg Hospital<br>1802 NE Loop 410<br>Ste 400<br>San Antonio, TX 78217-5221 | Longview Regional Med Center<br>PO Box 14000<br>Longview, TX 75607-4000 | Longview Regional Medical Cntr<br>2901 Fourth St<br>Longview, TX 75605-5191 |
| National Credit Audit Corporation<br>ATTN: Bankruptcy Dept.<br>P.O. Box 515489<br>Dallas, TX 75251-5489 | Online Collections<br>Attn: Bankruptcy<br>PO Box 1489<br>Winterville, NC 28590-1489 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| Quantum3 Group LLC as agent for<br>CASCADE CAPITAL FUNDING LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 | Quantum3 Group LLC as agent for<br>Genesis FS Card Services Inc<br>PO Box 788<br>Kirkland, WA  98083-0788 | Resurgent Capital Services<br>Attn: Bankruptcy<br>PO Box 10497<br>Greenville, SC 29603-0497 |
| Scott & Associaltes<br>Webbank LVNV Funding<br>PO Box 115220<br>Carrollton, TX 75011-5220 | (p)SPRING OAKS CAPITAL  LLC<br>1400 CROSSWAYS BLVD STE 100B<br>CHESAPEAKE VA 23320-0207 | (p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION<br>PO BOX 13528<br>AUSTIN TX 78711-3528 |
| Walter David Stephens<br>P.O. Box 444<br>103 E. Denman<br>Lufkin, TX 75901-3993 | Synchrony/Ashley Furn Homestore<br>Attn: Bankruptcy<br>PO Box 965060<br>Orlando, FL 32896-5060 | TEXAS HIGHER EDUCATION COORDINATING BOARD<br>P O BOX 12788<br>AUSTIN TX 78711-2788 |
| Texas Higher Education Cord Bd<br>1200 E Anderson Lane<br>Austin, TX 78752-1706 | Texas Workforce Commission<br>PO Box 149080<br>Austin, TX 78714-9080 | U. S. Trustee  EDTX<br>300 Plaza Tower<br>110 N. College Ave<br>Tyler, TX 75702-7226 |
| U.S. Attorney General<br>Department of Justice<br>Main Justice Building<br>10th & Constitution Ave., NW<br>Washington, DC 20530-0001 | UNITED STATES DEPARTMENT OF EDUCATION<br>CLAIMS FILING UNIT<br>PO BOX 8973<br>MADISON, WI 53708-8973 | US Trustee<br>Office of the U.S. Trustee<br>110 N. College Ave.<br>Suite 300<br>Tyler, TX 75702-7231 |
| USAA Federal Savings Bank<br>Attn: Bankruptcy<br>10750 McDermott Freeway<br>San Antonio, TX 78288-1600 | USDOE/GLELSI<br>Attn: Bankruptcy<br>PO Box 7860<br>Madison, WI 53707-7860 | (p)UNITED STATES ATTORNEY'S OFFICE<br>Attn: Michael W. Lockhart<br>500 Fannin St, Suite 1250<br>Beaumont, TX 77701 |
| Verizon<br>by American InfoSource as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | Veterinary Med Teaching Hospital<br>4457 TAMU<br>College Station, TX 77843-4457 | W. David Stephens<br>P. O. Box 444<br>103 E Denman Ave<br>Lufkin, Texas 75901-3993 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| BBVA Compass<br>Attn: Bankruptcy<br>P.O. Box 10566<br>Birmingham, AL 35296 | Spring Oaks Capital Llc<br>Attn: Bankruptcy<br>P.O. Box 1216<br>Chesapeake, VA 23327 | State Comptroller Public Accts<br>Capitol Station<br>Austin, TX 78774 |
| United States Attorney BMT<br>350 Magnolia Ave, Ste 150<br>Beaumont, TX 77701-2248 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)IRS<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | (d)PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | (d)Shannon Renee Day<br>613 Old Diboll Hwy<br>Lufkin, TX 75904-0858 |
| (d)Texas Higher Education Coordinating Board<br>P. O. BOX 12788<br>AUSTIN TX 78711-2788 | End of Label Matrix<br>Mailable recipients   56<br>Bypassed recipients    4<br>Total                 60 | |